| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Snyder, Christina A. | 2. Court or Organization<br><br>Central District of California | 3. Date of Report<br><br>11/11/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>312 Spring Street<br>Los Angeles, CA 90012 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Attorney-Partnership Susman Godfrey, LLP |
| 2. 2012 | Nexis-Lexis Book Royalty Income |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Genter Advisors Schwab DFA IRA Acct #1 | E | Int./Div. | O | T | | | | | |
| 2. IShares Russell 1000 Grwth IDX | | | | | | | | | |
| 3. IShares Russell 1000 Grwth IDX | | | | | Sold (part) | 08/10/12 | J | A | |
| 4. DFA US Large Cap Value Fund | | | | | | | | | |
| 5. DFA Int'l Value Fund | | | | | Sold (part) | 03/22/12 | K | A | |
| 6. DFA Int'l Value Fund | | | | | Sold (part) | 08/07/12 | J | A | |
| 7. DFA Int'l Value Fund | | | | | Sold | 08/07/12 | K | A | |
| 8. DFA Emerg Mkts Core Equity | | | | | | | | | |
| 9. IShares MSCI EAFE Growth Fund | | | | | | | | | |
| 10. DFA US Tarageted Value Port | | | | | Buy (add'l) | 12/13/12 | J | | |
| 11. | | | | | Sold (part) | 12/18/12 | J | D | |
| 12. DFA US Targeted Value Port | | | | | | | | | |
| 13. IShares MSCI China Index Fd | | | | | Buy | 03/26/12 | K | | |
| 14. | | | | | Buy (add'l) | 06/29/12 | J | | |
| 15. DFA Real Estate Securities Fd | | | | | Buy | 08/14/12 | L | | |
| 16. GNMA Pass Thru | | | | | | | | | |
| 17. GNMA Pass Thru | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America Accts (MM & Chng) | A | Interest | K | T | | | | | |
| 19. Christopher Weil IRA Acct | C | Int./Div. | M | T | | | | | |
| 20. Fidelity Cash Reserves MM | | | | | | | | | |
| 21. Eagle Overseas Class A (SGOVX) | | | | | Sold (part) | 03/05/12 | K | A | |
| 22. | | | | | Sold | 06/02/12 | J | A | |
| 23. ING Global Value Choice CL A (NAWGX) | | | | | Sold (part) | 03/05/12 | M | A | |
| 24. Principal Mid Cap Blend Fund Class A (PEMGX) | | | | | Sold (part) | 05/03/12 | K | A | |
| 25. Virtus Emerging Mrtk Oppt Class A (HEMZX) | | | | | Sold (part) | 03/05/12 | J | A | |
| 26. Yacktman Fund (YACKX) | | | | | Sold (part) | 03/05/12 | | A | |
| 27. First Eagle Global Class A (SGENX) | | | | | Sold (part) | 03/02/12 | J | A | |
| 28. FMT FE First Eagle High Yield Fund CL A | | | | | Buy | 03/02/12 | J | | |
| 29. FMTC FE Ivy High Income Class Y | | | | | Buy | 03/02/12 | J | | |
| 30. FMTC FE Principal Mid Cap Inst | | | | | Buy | 05/03/12 | K | | |
| 31. FMTC FE Aberdeen Emerging Mrkts Fund Instl S | | | | | Buy | 10/18/12 | J | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. Ashton/River Road Independent Value I (ARVIX) | | | | | | | | | |
| 39. Trust #1 Schwab Acct | G | Interest | P2 | T | | | | | |
| 40. Schwab Money Mkt Funds | | | | | | | | | |
| 41. Met Wtr Dist Co. Rev P/R | | | | | | | | | |
| 42. Fresno CA USD GO C13@103 6.150% 08/01/2013 | | | | | | | | | |
| 43. Redwood City CA ESD GO 5.50% 08/01/2012 | | | | | Sold | 07/27/12 | M | A | |
| 44. Redwood City ESD GO 5.50% 08/01/2013 | | | | | | | | | |
| 45. CA ED Facs Au Rev Stanford 5.25% 06/01/2017 | | | | | | | | | |
| 46. San Mateo CO CA St Tax Rev 5.25% 06/01/2017 | | | | | | | | | |
| 47. CA ST GO 5.357% 04/01/14 | | | | | Sold | 04/01/12 | K | A | |
| 48. CA Dept Trans RV 5.00% 03/01/15 | | | | | | | | | |
| 49. Los Angeles CA GO 5.25% 09/01/2014 | | | | | | | | | |
| 50. Pajaro Vallley, CA USD GO 5.25% 08/01/2016 | | | | | | | | | |
| 51. LA CO CA Met Trans Sls Tax 5.00% 07/01/2012 | | | | | Sold | 06/20/12 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Southwestsern Cmty Coll Dist CA GO 5.25% 08/01/2017 | | | | | | | | | |
| 53. Los Angeles CA GO 5.25% 09/01/2014 | | | | | | | | | |
| 54. Coast Cmty Coll Dist CA GO 5.00% 08/01/21 | | | | | | | | | |
| 55. East Bay Mud CA Wtr Sys 5.00% 06/01/2019 | | | | | | | | | |
| 56. LA CA Dept Wtr & Pwr 5.00% 07/01/2022 | | | | | | | | | |
| 57. Long Beach CA Wtr RV SF 13 5.750% 05/15/2015 | | | | | | | | | |
| 58. Napa CO CA Flood Impt RV 5.00% 06/15/2018 | | | | | | | | | |
| 59. Los Angeles CA GO 5.250% 09/01/2014 | | | | | | | | | |
| 60. Sacramento CO CA Sani Dist FIN 5.250% 12/01/2022 Auth RV | | | | | | | | | |
| 61. Monterey Peninsula CA CCD GO 5.00% 08/01/2020 C18 | | | | | | | | | |
| 62. CA ST GO 5.00% 10/01/2017 CC16 | | | | | Buy (add'l) | 12/19/12 | K | | |
| 63. Sacramento CA MUD Elec RV C18 5.00% 08/15/2021 | | | | | | | | | |
| 64. Golden St Tobacco SEC Corp CA 5.50% 06/01/2013/33 | | | | | Sold | 12/18/12 | N | C | |
| 65. Aclanes CA Unikon High Schl 5.250% 08/01/2020 Dist GO C15 | | | | | | | | | |
| 66. CA Economic Recovery GO 5.00% 07/01/2015 CC14 | | | | | | | | | |
| 67. CA ST GO SF10 AL 8/11 6.250% 09/01/2012 | | | | | Matured | 09/01/12 | L | A | |
| 68. Bay Area Toll Auth CA RV C19 5.00% 04/01/2021 | | | | | Buy | 02/21/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. San Diego CA PFA Sewer RV 5.00% 05/15/2016 | | | | | Buy | 02/21/12 | M | | |
| 70. So CA PPA RV-Milford Wind 5.00% 07/01/2014 PJ#1 | | | | | | | | | |
| 71. CA ST GO 5.00% 03/01/2019 | | | | | | | | | |
| 72. San Francisco City & Cnty PUC 5.00% 11/01/2012 RV | | | | | Matured | 11/01/12 | M | A | |
| 73. CA Economic Recovery GO & RV 5.00% 07/01/2019 | | | | | Buy (add'l) | 06/07/12 | L | | |
| 74. Glendale CA USD GO 4.500% 09/01/2018 | | | | | | | | | |
| 75. Los Rios CA Cmty Coll Dist GO 4.00% 08/01/2016 | | | | | | | | | |
| 76. San Francisco CA PUC Wtr RV 4.00% 11/01/2017 CC16 | | | | | | | | | |
| 77. CA Wtr Res Cent Vlly PJ C19 5.000% 12/01/2024 | | | | | | | | | |
| 78. San Diego CA PFA Sewer RV 5.00% 05/15/2016 | | | | | | | | | |
| 79. San Francisco Ca PUC WTR RV 5.000% 11/01/2025 C21@100 | | | | | | | | | |
| 80. Los Angeles CA Dept Wtr & Pwr RV 5.00% 07/01/2021 C21@100 | | | | | | | | | |
| 81. Fremont CA USD GO Alameda C22 5.00% 08/01/2026 | | | | | Buy | 01/20/12 | M | | |
| 82. Met Wtr Dist So CA RV C222@100 5.000% 10/01/2024 | | | | | Buy | 02/23/12 | O | | |
| 83. Bay Area Toll Auth CA RV 5.000% 04/01/2021 CC19 | | | | | Buy | 04/10/12 | K | | |
| 84. San Ramon Valley CA USD GO 4.000% 08/01/2019 | | | | | Buy | 06/20/12 | M | | |
| 85. University CA RV C22@100 5.000% 05/15/2024 | | | | | Buy | 07/27/12 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Los Angeles, CA WTR Sys RV 5.000% 06/01/2023 | | | | | Buy | 10/04/12 | M | | |
| 87. | | | | | Buy (add'l) | 12/18/12 | N | | |
| 88. CA ST GO 6.000% 04/01/2019 | | | | | Buy | 11/28/12 | L | | |
| 89. Napa CO CA Flood Impt RV C15 5.000% 06/15/2018 | | | | | Buy | 12/13/12 | L | | |
| 90. LA CA USD GO 5.00% 07/01/2013/25 | | | | | | | | | |
| 91. MERRILL LYNCH TRUST ACCT | F | Dividend | P1 | T | | | | | |
| 92. BofA TX EX RSV ADV | | | | | | | | | |
| 93. BIF CA Municipal Money Mkt | | | | | | | | | |
| 94. California ST Oct205.000% Oct 01/22 Cusip 1306N3H8 | | | | | | | | | |
| 95. California St. Apr 07 5.000% Aug 01/23 Cusip 13062TG73 | | | | | | | | | |
| 96. California ST May 03 5.000% Feb01/26 Cusip 13062PBJO | | | | | | | | | |
| 97. Calif CO CA TOB Jul 02 05.875% Jun 01/27 Cusip 13016NBG8 | | | | | | | | | |
| 98. California St Apr 08 5.000% Apr 01/38 Cusip 13063AS54 | | | | | | | | | |
| 99. California ST VAR PurpJun 07 5.000% JN01/37 Cusip 13063ACR3 | | | | | | | | | |
| 100. California ST VAR PURP Jun07 5.000% Jun01/24Cusip13063ACG7 | | | | | | | | | |
| 101. California St Sep05 5000% Aug 01.22 Cusip 13062RRWO | | | | | | | | | |
| 102. California St Apr 05 5.000% May01/24 Cusip 13062RFY9 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. California St Jul08 5.500% Aug 01/22 Cusip 13063A2P8 | | | | | | | | | |
| 104. Schwab 401(k) Account | E | Dividend | O | T | | | | | |
| 105. Schwab Money Market (Core Money Market Fd) | | | | | | | | | |
| 106. DFA Int'l Value Fund | | | | | Buy (add'l) | 01/25/12 | J | | |
| 107. | | | | | Buy (add'l) | 02/14/12 | J | | |
| 108. | | | | | Sold (part) | 03/22/12 | K | A | |
| 109. | | | | | Buy (add'l) | 04/11/12 | J | | |
| 110. | | | | | Sold (part) | 08/07/12 | L | A | |
| 111. DFA US Large Cap Value Fund | | | | | Buy (add'l) | 01/25/12 | J | | |
| 112. | | | | | Buy (add'l) | 02/08/12 | J | | |
| 113. iShares Russell 1000 Grwth Index | | | | | Buy (add'l) | 01/25/12 | J | | |
| 114. | | | | | Buy (add'l) | 02/08/12 | J | | |
| 115. | | | | | Sold (part) | 08/10/12 | J | A | |
| 116. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 117. DFA Emerg Mkts Core Equity | | | | | Buy (add'l) | 02/08/12 | J | | |
| 118. | | | | | Buy (add'l) | 08/27/12 | J | | |
| 119. DFA Emerg Mkts Core Equity | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. DFA Emerg Mkts Core Eqity | | | | | | | | | |
| 121. DFA Emerg Mkts Core Equity | | | | | | | | | |
| 122. DFA Emerg Mkts Core Equity | | | | | | | | | |
| 123. ishares MSCI EAFE Growth Fund | | | | | Buy (add'l) | 01/25/12 | J | | |
| 124. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 125. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 126. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 127. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 128. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 129. DFA US Targeted Value Port | | | | | Buy (add'l) | 03/30/12 | J | | |
| 130. DFA US Targeted Value Port | | | | | | | | | |
| 131. DFA US Targeted Value Port | | | | | | | | | |
| 132. ishares MSCI China Index Fd | | | | | Buy | 04/26/12 | K | | |
| 133. | | | | | Buy (add'l) | 08/27/12 | J | | |
| 134. DFA Real Estate Securities Fd | | | | | Buy | 08/07/12 | L | | |
| 135. GENTER ADVISORS (SCHWAB) DFA IRA #2 | E | Dividend | P1 | T | | | | | |
| 136. DFA US Large Cap Value Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. DFA US Large Cap Value Fund | | | | | | | | | |
| 138. DFA US Large Cap Value Fund | | | | | | | | | |
| 139. DFA US Large Cap Value Fund | | | | | | | | | |
| 140. DFA US Large Cap Value Fund | | | | | | | | | |
| 141. DFA US Large Cap Value Fund | | | | | | | | | |
| 142. DFA US Large Cap Value Fund | | | | | | | | | |
| 143. ishares Russell 1000 Grwth IDX | | | | | Sold (part) | 03/30/12 | J | A | |
| 144. | | | | | Sold (part) | 08/10/12 | J | A | |
| 145. ishares Russell 1000 Grwth IDX | | | | | | | | | |
| 146. ishares Russell 1000 Grwth IDX | | | | | | | | | |
| 147. ishares Russell 1000 Grwth IDX | | | | | | | | | |
| 148. DFA Int'l Value Fund | | | | | Sold (part) | 03/22/12 | L | A | |
| 149. | | | | | Sold (part) | 08/07/12 | L | A | |
| 150. DFA Int'l Value Fund | | | | | | | | | |
| 151. DFA Int'l Value Fund | | | | | | | | | |
| 152. DFA Emeg Mkts Core Equity | | | | | | | | | |
| 153. DFA Emeg Mkts Core Equity | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. DFA Emeg Mkts Core Equity | | | | | | | | | |
| 155. DFA Emeg Mkts Core Equity | | | | | | | | | |
| 156. DFA Emeg Mkts Core Equity | | | | | | | | | |
| 157. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 158. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 159. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 160. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 161. ishares MSCI EAFE Growth Fund | | | | | | | | | |
| 162. US Targeted Value Port | | | | | Buy (add'l) | 12/13/12 | K | | |
| 163. US Targeted Value Port | | | | | | | | | |
| 164. US Targgeted Value Port | | | | | | | | | |
| 165. ishares MSCI China Index Fd | | | | | Buy | 03/30/12 | L | | |
| 166. DFA Real Estate Securities Fund | | | | | Buy | 08/12/12 | M | | |
| 167. MERRILL LYNCH IRA #3 | E | Dividend | N | T | | | | | |
| 168. BofA Cash RSV Daily | | | | | | | | | |
| 169. FIA Card Services NA RASP MM | | | | | | | | | |
| 170. BAC Capital Trust III PFD STK 7.00% Cusip 05518E202 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. BAC Capital Trust III PFD STK 7.00% Feb 02/32 Cusip 05518820 | | | | | | | | | |
| 172. Deutsche BK Cap FDG TR X Noncu TR 7.35% Cusip 25154D102 | | | | | | | | | |
| 173. Wells Fargo CAP XI Enh TR PFD 6.250% 06/15/12 Cusip94979S20 | | | | | | | | | |
| 174. GNM P285818 09% 2020 Cusip 3622ORB8 | | | | | | | | | |
| 175. Citigroup Cap XIX PFD 7.25% 8/15/67 Cusip 17311U200 | | | | | | | | | |
| 176. Fleet CAP T VIII 7.20% 3/15/2032 Cusip 33889X203 | | | | | | | | | |
| 177. ING Groep N.V. 6.375% Cusip 456837608 | | | | | | | | | |
| 178. BB&T Cap TR VII 8.10% due 11/01/69 Cusip 05531H208 | | | | | | | | | |
| 179. General Electgric Capital 06.625% 06/28/32 Cusip 369622527 | | | | | | | | | |
| 180. National City Cap TR III TR 6.625% 5/25/67 Cusip 63540X201 | | | | | | | | | |
| 181. Fleet Cap TV111 7.20% 3/15/2032 Cusip 33889X203 | | | | | | | | | |
| 182. SCHWAB TRUST C | F | Dividend | P1 | T | | | | | |
| 183. Chesapeake Energy Group | | | | | Sold | 02/07/12 | L | B | |
| 184. Intel Corporation | | | | | Sold (part) | 04/12/12 | K | C | |
| 185. | | | | | Buy (add'l) | 06/08/12 | K | | |
| 186. Pepsico Incorporated | | | | | Buy (add'l) | 02/13/12 | K | | |
| 187. Teva Pharmaceutical - ADR | | | | | Buy (add'l) | 07/18/12 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 12/13/12 | M | A | |
| 189. Kohls Corporation | | | | | Buy (add'l) | 07/18/12 | K | | |
| 190. Eastman Chemical Company | | | | | Buy | 04/19/12 | L | | |
| 191. | | | | | Buy (add'l) | 06/19/12 | L | | |
| 192. Proctoer and Gamble Company | | | | | Sold (part) | 04/13/12 | L | E | |
| 193. | | | | | Sold | 04/13/12 | K | C | |
| 194. United Parcel Service - CL B | | | | | | | | | |
| 195. Resmed Inc | | | | | Buy (add'l) | 02/15/12 | K | | |
| 196. | | | | | Sold (part) | 1/15/12 | M | F | |
| 197. | | | | | Sold | 11/15/12 | K | D | |
| 198. Schlumberger Ltd | | | | | | | | | |
| 199. Texas Instruments Inc | | | | | Sold (part) | 02/09/12 | K | E | |
| 200. Verizon Communications | | | | | Buy (add'l) | 02/17/12 | K | | |
| 201. Emerson Electric Company | | | | | | | | | |
| 202. Schlumberger Ltd | | | | | | | | | |
| 203. Schlumberger Ltd | | | | | | | | | |
| 204. Emerson Electric Company | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Taiwan Semiconductor - SP ADR | | | | | Buy (add'l) | 02/28/12 | K | | |
| 206. | | | | | Sold | 04/09/12 | M | E | |
| 207. Bank of New York Mellon | | | | | Buy (add'l) | 08/07/12 | K | | |
| 208. Bank of New York Mellon | | | | | | | | | |
| 209. Bank of New York Mellon | | | | | | | | | |
| 210. Oracle Corp | | | | | Buy (add'l) | 02/29/12 | K | | |
| 211. McDonalds Corp | | | | | Buy (add'l) | 03/26/12 | K | | |
| 212. Gilead Sciences Inc | | | | | Buy (add'l) | 03/02/12 | K | | |
| 213. | | | | | Sold (part) | 08/23/12 | L | D | |
| 214. Archer Daniels Midland Co | | | | | Buy (add'l) | 02/16/12 | K | | |
| 215. Marsh & McLennan Cos Inc | | | | | Sold (part) | 06/07/12 | M | E | |
| 216. Adobe Systems Inc | | | | | Buy (add'l) | 08/31/12 | K | | |
| 217. Cisco Systems | | | | | Sold | 02/14/12 | L | C | |
| 218. Haliburton Company | | | | | Sold | 04/20/12 | K | A | |
| 219. | | | | | Sold | 04/20/12 | L | B | |
| 220. Google Inc - Cl A | | | | | | | | | |
| 221. Jabil Circuit Inc | | | | | Sold (part) | 10/01/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 10/01/12 | K | C | |
| 223. | | | | | Sold | 10/01/12 | K | D | |
| 224. Baker Hughes | | | | | Buy (add'l) | 04/24/12 | K | | |
| 225. Baker Hughes | | | | | | | | | |
| 226. Dow Chemical Co | | | | | Buy (add'l) | 02/16/12 | K | | |
| 227. | | | | | Sold (part) | 07/02/12 | L | C | |
| 228. | | | | | Sold | 07/02/12 | L | A | |
| 229. PNC Financial Services Group | | | | | Buy (add'l) | 10/31/12 | | | |
| 230. Illinois Tool Works | | | | | Buy (add'l) | 02/13/12 | K | | |
| 231. | | | | | Buy (add'l) | 08/31/12 | K | | |
| 232. Whiting Petroleum Corp | | | | | Buy (add'l) | 02/13/12 | K | | |
| 233. | | | | | Buy (add'l) | 11/30/12 | K | | |
| 234. Navistar International | | | | | Buy (add'l) | 02/23/12 | K | | |
| 235. | | | | | Sold | 07/05/12 | L | A | |
| 236. Dril-Quip Inc | | | | | Buy (add'l) | 06/08/12 | K | | |
| 237. | | | | | Buy (add'l) | 06/19/12 | K | | |
| 238. Newfield Exploration Co | | | | | Buy | 02/23/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy (add'l) | 08/10/12 | K | | |
| 240. | | | | | Buy (add'l) | 10/24/12 | K | | |
| 241. | | | | | Sold | 12/27/12 | L | A | |
| 242. Blackrock Inc | | | | | Buy | 02/21/12 | L | | |
| 243. | | | | | Buy (add'l) | 03/13/12 | K | | |
| 244. | | | | | Buy (add'l) | 11/28/12 | K | | |
| 245. Molson Coors Brewing Co - B | | | | | Buy | 04/24/12 | L | | |
| 246. | | | | | Buy (add'l) | 12/19/12 | K | | |
| 247. Express Scripts Holding Co | | | | | Buy | 04/19/12 | M | | |
| 248. | | | | | Buy (add'l) | 11/07/12 | K | | |
| 249. Molex Inc CL A | | | | | Buy | 12/19/12 | L | | |
| 250. SCHWAB TRUST D | G | Dividend | P1 | T | | | | | |
| 251. Altria Group Inc | | | | | | | | | |
| 252. Bank of New York Mellon Corp | | | | | Buy (add'l) | 03/26/12 | K | | |
| 253. | | | | | Buy (add'l) | 08/07/12 | K | | |
| 254. Intel Corporation | | | | | | | | | |
| 255. Intel Corporation | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Pepsico Incorporated | | | | | Buy (add'l) | 02/03/12 | K | | |
| 257. Johnson & Johnson | | | | | Buy (add'l) | 05/29/12 | L | | |
| 258. Philip Morris Intl Inc | | | | | | | | | |
| 259. Taiwan Semiconductor - SP ADR | | | | | | | | | |
| 260. Eastman Chemical Company | | | | | Sold (part) | 07/24/12 | K | E | |
| 261. Pitney Bowes | | | | | | | | | |
| 262. Chevron Corp | | | | | | | | | |
| 263. Microchip Technology Inc | | | | | Sold | 05/09/12 | M | E | |
| 264. VF Corporation | | | | | | | | | |
| 265. Bristol-Myers Squibb Co | | | | | | | | | |
| 266. Bristol-Myers Squibb Co | | | | | | | | | |
| 267. Kimberly Clark Corporation | | | | | Sold | 02/14/12 | M | E | |
| 268. Genuine Parts Co | | | | | | | | | |
| 269. Bank of New York Mellon Corp | | | | | | | | | |
| 270. Verizon Communications | | | | | Buy (add'l) | 02/16/12 | K | | |
| 271. | | | | | Sold (part) | 07/24/12 | K | D | |
| 272. United Parcel Sercies - CL B | | | | | Buy (add'l) | 02/14/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. VF Corporation | | | | | | | | | |
| 274. Emerson Electric Company | | | | | Buy (add'l) | 02/28/12 | L | | |
| 275. PPG Industries | | | | | | | | | |
| 276. PPG Industries | | | | | | | | | |
| 277. Emerson Electric Company | | | | | | | | | |
| 278. Altria Group Inc | | | | | | | | | |
| 279. Taiwan Semiconductor - SP - ADR | | | | | Sold | 04/09/12 | M | F | |
| 280. Eastman Chemical Company | | | | | | | | | |
| 281. Pitney Bowes Inc | | | | | Buy (add'l) | 04/24/12 | K | | |
| 282. | | | | | Buy (add'l) | 06/29/12 | K | | |
| 283. | | | | | Sold | 11/15/12 | L | A | |
| 284. Total SA SPON ADR | | | | | Buy (add'l) | 03/27/12 | K | | |
| 285. Total SA SPON ADR | | | | | | | | | |
| 286. Marsh & McClennan Cos Inc | | | | | Sold | 06/07/12 | M | E | |
| 287. Nucor Coporation | | | | | | | | | |
| 288. Novartis AG ADR | | | | | Buy | 02/21/12 | L | | |
| 289. | | | | | Sold | 05/08/12 | M | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Merck & Company | | | | | | | | | |
| 291. Merck & Company | | | | | | | | | |
| 292. Applied Materials Inc | | | | | | | | | |
| 293. Applied Materials Inc. | | | | | | | | | |
| 294. Molson Coors Brewing Co - B | | | | | Buy (add'l) | 02/17/12 | K | | |
| 295. | | | | | Buy (add'l) | 04/20/12 | K | | |
| 296. PNC Financial Services Group | | | | | Buy (add'l) | 03/26/12 | K | | |
| 297. Illinois Tool Works | | | | | Buy (add'l) | 02/17/12 | L | | |
| 298. PPL Corp | | | | | Buy (add'l) | 02/13/12 | K | | |
| 299. | | | | | Buy (add'l) | 05/16/12 | K | | |
| 300. Blackrock Inc | | | | | Buy (add'l) | 02/15/12 | K | | |
| 301. Microchip Technology Inc | | | | | Buy | 02/15/12 | K | | |
| 302. Pfizer Inc | | | | | Buy | 05/09/12 | L | | |
| 303. | | | | | Buy (add'l) | 06/14/12 | K | | |
| 304. Lowes Companies Inc | | | | | Buy | 08/06/12 | L | | |
| 305. Archer Daniels Midland Co | | | | | Buy | 10/31/12 | L | | |
| 306. McDonalds | | | | | Buy | 06/14/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  CHRISTOPHER WEIL TRUST | A | Interest | L | T | | | | | |
| 308.  Regional Housing Fund 2 | | | | | | | | | |
| 309.  U.S. TRUST - TRUST | G | Dividend | P1 | T | | | | | |
| 310.  BofA CA Tax-Exempt Reserves | | | | | | | | | |
| 311.  CA St Var Pup GO &GO Ref BDS Dtd 9/28/11 04.400 due 09/01/20 | | | | | | | | | |
| 312.  Los Angeles CA Dept Wtr & Pwr Sys Rev BDS - OID Dtd 12/28/05 | | | | | | | | | |
| 313.  CA ST Dept Trans Rev Fed Hwy Grant Antic BDS Dtd 10/16/08 | | | | | | | | | |
| 314.  CA ST Pub Wks Brd Leas Rev BDS Dtd 11/29/11 03.00 | | | | | | | | | |
| 315.  So CA Pub PWR AUTH Re Rev BDS DTD 09/09/10 04.000 | | | | | | | | | |
| 316.  CA ST DEPT WTR RES PWR REV BDS DTD 10/20/10 04.000 | | | | | | | | | |
| 317.  LA CA Uni Sch Dist Ref BDS DTD 11/01/11 04.000 | | | | | | | | | |
| 318.  Neveda IRR DIST JT PWRS AUTH C REV BDS DTD 12/11/11 04.000 | | | | | | | | | |
| 319.  San Elijo CA JT PWRS AUTH REF BDS DTD 12/21/11 04.000 | | | | | | | | | |
| 320.  American Express Co Com (AXP) | | | | | Buy | 02/16/12 | J | | |
| 321. | | | | | Sold | 06/02/12 | J | A | |
| 322.  Chevron Corp (COM) (cvx) | | | | | Buy | 12/20/12 | J | | |
| 323. | | | | | Sold | 12/26/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Chubb Corp Com (CB) | | | | | Buy | 02/16/12 | J | | |
| 325. | | | | | Sold | 02/28/12 | J | A | |
| 326. Cisco Sys Inc Com (CSCO) | | | | | Buy | 03/19/12 | J | | |
| 327. | | | | | Sold | 12/11/12 | J | A | |
| 328. | | | | | Buy | 02/16/12 | J | | |
| 329. | | | | | Sold | 12/11/12 | J | A | |
| 330. | | | | | Buy | 02/16/12 | J | | |
| 331. | | | | | Sold | 12/11/12 | J | A | |
| 332. Google Inc CL A COM (GOOG) | | | | | Buy | 02/16/12 | J | | |
| 333. | | | | | Sold | 10/11/12 | J | A | |
| 334. Microsoft Corp Com (MSFT) | | | | | Buy | 02/16/12 | J | | |
| 335. | | | | | Sold | 06/01/12 | J | A | |
| 336. | | | | | Buy | 02/16/12 | J | | |
| 337. | | | | | Sold | 06/01/12 | J | A | |
| 338. | | | | | Buy | 02/16/12 | J | | |
| 339. | | | | | Sold | 06/01/12 | J | A | |
| 340. | | | | | Buy | 02/16/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 06/01/12 | J | A | |
| 342. Phillips 66 COM (PSX) | | | | | Buy | 06/01/12 | J | | |
| 343. | | | | | Sold | 06/07/12 | J | A | |
| 344. | | | | | Buy | 02/16/12 | J | | |
| 345. | | | | | Sold | 06/07/12 | J | A | |
| 346. Staples Inc Com (SPLS) | | | | | Buy | 07/05/12 | J | | |
| 347. | | | | | Sold | 09/24/12 | J | A | |
| 348. | | | | | Buy | 06/01/12 | J | | |
| 349. | | | | | Sold | 09/24/12 | J | A | |
| 350. | | | | | Buy | 05/29/12 | J | | |
| 351. | | | | | Sold | 09/24/12 | J | A | |
| 352. | | | | | Buy | 03/13/12 | J | | |
| 353. | | | | | Sold | 09/24/12 | J | A | |
| 354. Target Corp Com (TGT) | | | | | Buy | 02/16/12 | J | | |
| 355. | | | | | Sold | 03/06/12 | J | A | |
| 356. Travelers Cos Inc. (TRV) | | | | | Buy | 02/16/12 | J | | |
| 357. | | | | | Sold | 03/06/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. US Bancorp Del Com New (USB) | | | | | Buy | 2/16/12 | J | | |
| 359. | | | | | Sold | 03/06/12 | J | A | |
| 360. Wal-Mart Stores Inc Com (WMT) | | | | | Buy | 02/16/12 | J | | |
| 361. | | | | | Sold | 06/01/12 | J | A | |
| 362. Wells Fargo & Co New Com (WFC) | | | | | Buy | 02/16/12 | J | | |
| 363. | | | | | Sold | 03/02/12 | J | A | |
| 364. | | | | | Buy | 02/06/12 | J | | |
| 365. | | | | | Sold | 03/02/12 | J | A | |
| 366. Bristol Meyers Squibb Co Com (BMY) | | | | | Buy | 02/16/12 | J | | |
| 367. | | | | | Sold | 09/19/12 | J | A | |
| 368. | | | | | Buy | 02/16/12 | J | | |
| 369. | | | | | Sold | 09/18/12 | J | A | |
| 370. Kraft Foods Group Inc Com (KRFT) | | | | | Buy | 02/16/12 | J | | |
| 371. | | | | | Sold | 10/30/12 | J | A | |
| 372. Phillips 66 Com (PSX) | | | | | Buy | 02/16/12 | J | | |
| 373. | | | | | Sold | 06/14/12 | J | A | |
| 374. Travelers Cos Inc Com (TRV) | | | | | Buy | 02/16/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 03/06/12 | J | A | |
| 376. American Wtr Wks Co Inc New Com (AWK) | | | | | Buy | 06/11/12 | J | | |
| 377. | | | | | Sold | 08/30/12 | J | A | |
| 378. | | | | | Buy | 02/14/12 | J | | |
| 379. | | | | | Sold (part) | 08/30/12 | J | A | |
| 380. Chubb Corp Com (CB) | | | | | Buy | 02/14/12 | J | | |
| 381. | | | | | Sold | 03/01/12 | J | A | |
| 382. Freeport-McMoran Copper & Gold Inc Com (FCX) | | | | | Buy | 06/05/12 | J | | |
| 383. | | | | | Sold | 10/10/12 | J | A | |
| 384. | | | | | Buy | 02/14/12 | | | |
| 385. | | | | | Sold | 10/10/12 | J | A | |
| 386. Kraft Foods Group Inc COM (KRFT) | | | | | Buy | 10/04/12 | J | | |
| 387. | | | | | Sold | 10/30/12 | J | A | |
| 388. Microsoft Corp COM (MFST) | | | | | Buy | 06/11/12 | J | | |
| 389. | | | | | Sold | 08/30/12 | J | A | |
| 390. | | | | | Buy | 02/14/12 | J | | |
| 391. | | | | | Sold | 08/30/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. Nestle S A Sponsored ADR Switzerland (NSRG Y) | | | | | Buy | 02/14/12 | J | | |
| 393. | | | | | Sold | 03/13/12 | J | A | |
| 394. Republic Svcs Inc COM (RSG) | | | | | Buy | 02/14/12 | J | | |
| 395. | | | | | Sold | 02/24/12 | J | A | |
| 396. | | | | | Buy | 02/24/12 | J | | |
| 397. | | | | | Sold | 02/23/12 | J | A | |
| 398. TJX Cos Inc New Com (TJX) | | | | | Buy | 02/14/12 | J | | |
| 399. | | | | | Sold | 04/27/12 | J | A | |
| 400. Target Corp Com (TGT) | | | | | Buy | 02/14/12 | J | | |
| 401. | | | | | Sold | 04/27/12 | J | A | |
| 402. Texas Instrs Inc Com (TXN) | | | | | Buy | 05/05/12 | J | | |
| 403. | | | | | Sold | 08/30/12 | J | A | |
| 404. | | | | | Buy | 02/14/12 | J | | |
| 405. | | | | | Sold | 08/30/12 | J | A | |
| 406. 3M Co Com (MMM) | | | | | Buy | 02/14/12 | J | | |
| 407. | | | | | Sold | 03/01/12 | J | A | |
| 408. Wells Fargo & Co New Com (WFC) | | | | | Buy | 02/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold | 03/01/12 | J | A | |
| 410. | | | | | Buy | 02/14/12 | K | | |
| 411. | | | | | Sold | 03/01/12 | J | A | |
| 412. Columbia Short Term Bond Fund Class Z Shares (NSTM X) | | | | | Buy | 02/14/12 | L | | |
| 413. | | | | | Sold | 11/13/12 | L | A | |
| 414. | | | | | Buy | 02/14/12 | K | | |
| 415. | | | | | Sold | 11/02/12 | K | A | |
| 416. | | | | | Buy | 02/14/12 | J | | |
| 417. | | | | | Sold | 10/29/12 | J | A | |
| 418. | | | | | Buy | 02/14/12 | N | | |
| 419. | | | | | Sold | 10/05/12 | N | A | |
| 420. | | | | | Buy | 02/14/12 | K | | |
| 421. | | | | | Sold | 09/28/12 | K | A | |
| 422. | | | | | Buy | 02/14/12 | K | | |
| 423. | | | | | Sold | 09/24/12 | K | A | |
| 424. | | | | | Buy | 02/14/12 | L | | |
| 425. | | | | | Sold | 09/24/12 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Buy | 02/13/12 | L | | |
| 427. | | | | | Sold | 09/18/12 | L | A | |
| 428. | | | | | Buy | 02/15/12 | M | | |
| 429. | | | | | Sold | 08/28/12 | M | A | |
| 430. | | | | | Buy | 02/14/12 | K | | |
| 431. | | | | | Sold | 08/28/12 | K | A | |
| 432. | | | | | Buy | 02/15/12 | K | | |
| 433. | | | | | Sold | 06/15/12 | K | A | |
| 434. | | | | | Buy | 02/15/12 | L | | |
| 435. | | | | | Sold | 06/04/12 | L | A | |
| 436. | | | | | Buy | 02/15/12 | M | | |
| 437. | | | | | Sold | 05/31/12 | M | B | |
| 438. | | | | | Buy | 02/15/12 | L | | |
| 439. | | | | | Sold | 05/30/12 | L | A | |
| 440. | | | | | Buy | 02/15/12 | L | | |
| 441. | | | | | Sold | 05/11/12 | L | A | |
| 442. PIMCO Global Multi-Asset Fund Instl CL (PGAI X) | | | | | Buy | 02/14/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 33

Name of Person Reporting

Snyder, Christina A.

Date of Report

11/11/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold | 12/10/12 | K | A | |
| 444. Prudential Short-Term Corporate BD Fund Inc CL Z (PIFZ X) | | | | | Buy | 02/15/12 | M | | |
| 445. | | | | | Sold | 12/31/12 | M | A | |
| 446. | | | | | Buy | 02/15/12 | L | | |
| 447. | | | | | Sold | 12/28/12 | L | A | |
| 448. | | | | | Buy | 02/14/12 | K | | |
| 449. | | | | | Sold | 12/28/12 | K | A | |
| 450. | | | | | Buy | 02/14/12 | J | | |
| 451. | | | | | Sold | 12/20/12 | J | A | |
| 452. | | | | | Buy | 02/14/12 | M | | |
| 453. | | | | | Sold | 12/20/12 | M | A | |
| 454. | | | | | Buy | 02/14/12 | L | | |
| 455. | | | | | Sold | 12/17/12 | L | A | |
| 456. | | | | | Buy | 02/14/12 | L | | |
| 457. | | | | | Sold | 11/13/12 | L | A | |
| 458. | | | | | Buy | 02/14/12 | L | | |
| 459. | | | | | Sold | 06/04/12 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy | 02/14/12 | L | | |
| 461. | | | | | Sold | 05/31/12 | L | A | |
| 462. | | | | | Buy | 02/14/12 | K | | |
| 463. | | | | | Sold | 05/30/12 | L | A | |
| 464. | | | | | Buy | 02/14/12 | M | | |
| 465. | | | | | Sold | 05/23/12 | M | A | |
| 466. Rental Property #1 Montecito, CA | None | | P2 | W | Buy | 11/02/12 | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Page 17, Line 222 - on 2011 FDR inadvertently put sold part - should have reported sold all
2. Part VII, Page 9 - Line 90 - inadvertently left off 2012 original report - amended here
3. Part VII, Line 466 - unintentally left off city and state of property on 2012 original report - amended here

| Name of Person Reporting | Date of Report |
|---|---|
| Snyder, Christina A. | 11/11/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christina A. Snyder**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544